IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02194-AP

RONALD R. ROGACKI, JR.,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Katherine E. McClure, Esq.
Sawaya, Rose, Kaplan, & McClure, P.C.
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kmcclure@sawayalaw.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Civil Chief

WILLIAM G. PHARO
Assistant United States Attorney
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-1571
david.blower@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** August 22, 2011

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** August 30, 2011

      C.      **Date Answer and Administrative Record Were Filed:** October 31, 2011

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.      **OTHER MATTERS**

      There are no other matters anticipated.

**8.      BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

   **A.      Plaintiffs Opening Brief Due:** January 3, 2012

   **B.      Defendant's Response Brief Due:** February 2, 2012

   **C.      Plaintiffs Reply Brief (If Any) Due:** February 17, 2012

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.      Plaintiffs Statement:**  Plaintiff does not request oral argument.

   **B.      Defendant's Statement:**   Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th  day of November, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Katherine McClure<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Odgen Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>E-mail: kmcclure@sawayalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br>KEVIN TRASKOS<br>Civil Chief<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>William.Pharo@usdoj.gov<br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |