IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02194-PAB

RONALD R. ROGACKI, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order** [#15] entered by Judge Philip A. Brimmer on September 30, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

**IT IS ORDERED** that the decision of the Commissioner that plaintiff was not disabled is AFFIRMED.

DATED at Denver, Colorado, this 30th day of September, 2012.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk